The People of the State of New York, Respondent, v Michael Nelson, Appellant.

Submitted January 9, 2006; decided January 12, 2006

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th

Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.